Commonwealth *v.* Dice Table (Gazo, Appellant).

Argued September 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Albert P. Leonzi,* for appellant.

*John Deutsch,* First Assistant District Attorney, for appellee.

OPINION PER CURIAM, November 15, 1962:

The order of the court below is affirmed on the opinion of President Judge HEIMBACH, as reported in 28 Pa. D. & C. 2d 431.